```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :
                                       :
            -v.-                       :
                                       :   [PROPOSED]
GERY SHALON,                           :   UNSEALING ORDER
   a/k/a "Garri Shalelashvili,"        :
   a/k/a "Gabi,"                       :   15 Cr. 333
   a/k/a "Phillipe Mousset,"           :
   a/k/a "Christopher Engeham,"        :
JOSHUA SAMUEL AARON,                   :
   a/k/a "Mike Shields," and           :
ZIV ORENSTEIN,                         :
   a/k/a "Aviv Stein,"                 :
   a/k/a "John Avery,"                 :
                                       :
            Defendants.                :
                                       :
- - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Eun Young Choi;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have the Indictment temporarily unsealed for the limited purpose of effectuating an Order, dated June 2, 2015, signed by the Honorable Richard J. Sullivan, United States District Judge, Part I, to change two ministerial errors found in the Indictment (the "June 2 Order"); it is hereby



ORDERED that the Indictment in this matter be unsealed for the limited purpose of effectuating the June 2 Order; and it is further

ORDERED that after the changes are made to the Indictment, the Indictment and this Order shall remain under seal until further Order from the Court.

Dated:   New York, New York
         June 3, 2015

_____
THE HONORABLE FRANK MAAS
United States Magistrate Judge
Southern District of New York