UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

Ticket No.: 15 CRIM 333

***NOTICE OF APPEARANCE***

- against -

GERY SHALON, et al.

                Defendant.
-------------------------------------------------------------------X

*SIR/MADAM*

    **PLEASE TAKE NOTICE**, that the defendant hereby appears in the above-entitled action, and that the undersigned has been retained as attorney for said defendant and demands that a copy of the supporting deposition and all papers in this action be served upon the undersigned at the office address stated below.

Dated: Mineola, New York
         September 20, 2016

                                          Yours, etc.

                                          Michael L. Soshnick, Esq.
                                          Attorney for Defendant
                                          190 Willis Avenue
                                          Suite 112
                                          Mineola, New York 11501
                                          (516) 294-1111

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

- against -

GERY SHALON, et al.
        Defendant.

---

### *NOTICE OF APPEARANCE*

---

**MICHAEL L. SOSHNICK, ESQ.**
Attorney for Defendant
190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501
(516) 294-1111