```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :

      - v. -                        :    ORDER

GERY SHALON, et al.                 :    S1 15 Cr. 333 (LTS)

                                    :

              Defendants.           :
- - - - - - - - - - - - - - - - - -X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9-30-2016

Upon the application of the United States of America, by and through Assistant United States Attorneys Eun Young Choi and Noah Solowiejczyk, and with the consent of the defendants by and through their counsel, it is hereby ORDERED that the time between October 4, 2016 and _December 1, 2016_____, 2016 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it would permit the parties to further discuss possible pre-trial disposition of this matter. The October 4, 2016 pretrial conference is adjourned to December 1, 2016, at 3:00 pm.

Dated:  New York, New York
        September 30, 2016

                                   _____
                                   THE HONORABLE LAURA TAYLOR SWAIN
                                   UNITED STATES DISTRICT JUDGE