```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

        - v. -                              ORDER

GERY SHALON, et al.                         S1 15 Cr. 333 (LTS)

                    Defendants.

- - - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2\16\18

Upon the application of the United States of America, by and through Assistant United States Attorneys Eun Young Choi and Noah Solowiejczyk, and with the consent of the defendants by and through their counsel, it is hereby ORDERED that the time between February 16, 2018 and April 17, 2018 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it would permit the parties to further discuss possible pre-trial disposition of this matter. The February 14, 2018, conference is adjourned to April 17, 2018, at 3:30pm.

Dated:  New York, New York
        February 16, 2018

                                    _____
                                    THE HONORABLE LAURA TAYLOR SWAIN
                                    UNITED STATES DISTRICT JUDGE