**UNITED STATES DISTRICT COURT**
**SOUTHERN DISCTRIC OF NEW YORK**
_____X

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-9-2018

UNITED STATES OF AMERICA

        Plaintiff,

**Index # 15Cr 333**

V

Gery Shalon
a/k/a "Garri Shalelashvili"
a/k/a "Gabriel"
a/k/a "Gabi"
a/k/a "Phillipe Mousset"
a/k/a "Christopher Engeham"
Joshua Samuel Aaron
a/k/a "Mike Shields, " and
ZIV ORENSTEIN'
a/k/a "Aviv Stein"'
a/k/a "John Avery",

**MOTION TO WITHDRAW**

        Defendants
_____X

Arkady Bukh, Esq, attorney at Law, hereby moves this Court before the Honorable Laura Taylor Swain, United States District Judge of the United states District Court for Southern District Of New York located at 500 Pearl St. New York, NY 10007 for Order granting permission to withdraw as counsel representing of Defendant Gery Shalon according to New York Local Civil Rule 1.4 and such other and further relief that the Court may find to be just and proper.

Dated: March 1, 2018

s/ Arkady Bukh, Esq

*The motion is granted and the Clerk of Court is requested to update the docket accordingly. DE # 80 resolved.*

Arkady Bukh
Bukh Law Firm, PLLC
1123 Avenue Z,
Brooklyn, NY 11235
t.(718)376-4766

**SO ORDERED:**

_____ 3/9/18
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE