```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - v. -                          ORDER

GERY SHALON, et al.             S1 15 Cr. 333 (LTS)

           Defendants.

- - - - - - - - - - - - - - - - -X

       Upon the application of the United States of America, by and through Assistant United States Attorneys Eun Young Choi and Noah Solowiejczyk, and with the consent of the defendants by and through their counsel, it is hereby ORDERED that the time between April 17, 2018 and June 19, 2018 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

       The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it would permit the parties to further discuss possible pre-trial disposition of this matter. The April 17, 2018, conference is adjourned to June 19, 2018, at 2:00 pm in Courtroom 17C.

Dated:  New York, New York
       April 17, 2018

                                                  _____
                                                  THE HONORABLE LAURA TAYLOR SWAIN
                                                  UNITED STATES DISTRICT JUDGE