**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    -against-

GERY SHALON,

                          Defendant.

Case No. 15-cr-00333 (LTS)

**NOTICE OF APPEARANCE**

To: The Clerk of the Court and all parties of record

    I am admitted practice in this court, and I appear in this case as counsel for Defendant Gery Shalon and request that all pleadings and other filings regarding this matter be served upon the undersigned at the office address and e-mail address listed below.

Dated:        April 30, 2020
                New York, NY

                                              BRACEWELL LLP

                                              /s/ Paul Shechtman
                                              Paul Shechtman
                                              1251 Avenue of the Americas, 49th Floor
                                              New York, NY 10020
                                              (212) 508-6100
                                              paul.shechtman@bracewell.com

                                              *Attorneys for Defendant*