

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2021

**By ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0426

      Re:    **United States v. Gery Shalon**,
               S1 15 Cr. 333 (LTS)

Dear Chief Judge Swain:

      The Government respectfully encloses a proposed stipulation for the Court's consideration relating to the forfeiture proceedings in the above-referenced matter.  This stipulation relates to extending the time for one party with a purported interest in certain of the property subject to forfeiture to file a claim.  With respect to the remaining property listed in the Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Dkt. No. 178) where no party has filed a petition, the Government anticipates proceeding to seek a final order of forfeiture in the coming weeks.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

      /s Noah Solowiejczyk
By:   _____
      Noah Solowiejczyk
      Assistant United States Attorney
      Southern District of New York
      (212) 637-21473

cc: James McGuire, Esq. (by Email)