DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: Noah D. Solowiejczyk
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    Tel. (212) 637-2473

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
            :
UNITED STATES OF AMERICA  :
            :  DECLARATION OF
    -v.-         :  <u>PUBLICATION</u>
            :
GERY SHALON,         :  S1 15 Cr. 333 (LTS)
    a/k/a "Garri Shalelashvili,"  :
    a/k/a "Gabriel,"  :
    a/k/a "Gabi,"  :
    a/k/a "Phillipe Mousset,"  :
    a/k/a "Christopher Engeham,"  :
            :
         Defendant.  :
            :
------------------------------------ X

        I, Noah D. Solowiejczyk, pursuant to Title 28, United States Code, Section 1746, hereby declare under penalty of perjury that:

        1.    I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York.

        2.    Attached to this declaration are (A) a true and correct copy of a notice of criminal forfeiture in this action, and (B) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 19, 2021, through May 18, 2021 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. Both documents were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
November 15, 2021

_____
Noah D. Solowiejczyk
Assistant United States Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: S1 15 CR. 333 (LTS); NOTICE OF FORFEITURE

Notice is hereby given that on March 25, 2021, in the case of <u>U.S. v. GERY SHALON</u>, Court Case Number S1 15 CR. 333 (LTS), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

Any and all funds in Account Number CY94002001950000357019221321, in the name of Beewings Limited at Bank of Cyprus, Cyprus (16-USS-000660)

Any and all funds in Account Number CY44002001950000357019221348, in the name of Beewings Limited at Bank of Cyprus, Cyprus (16-USS-000661)

Any and all funds in Account Number CY72002001950000357005243241, in the name of Jakuss Andris at Bank of Cyprus, Cyprus (16-USS-000662)

Any and all funds in Account Number CY63002001950000357005243306, in the name of Jakuss Andris at Bank of Cyprus, Cyprus (16-USS-000663)

Any and all funds in Account Number CY50002001950000357007243001, in the name of Jakuss Andris at Bank of Cyprus, Cyprus (16-USS-000664)

Any and all funds in Account Number CY30002001950000357008021398, in the name of Jakuss Andris at Bank of Cyprus, Cyprus (16-USS-000666)

Any and all funds in Account Number CY27002001950000357008021355, in the name of Jakuss Andris at Bank of Cyprus, Cyprus (16-USS-000667)

Any and all funds in Account Number CY61002001950000357009256038, in the name of Jakuss Andris at Bank of Cyprus, Cyprus (16-USS-000668)

Any and all funds in Account Number CY80020019500003570008021371, in the name of Jakuss Andris at Bank of Cyprus, Cyprus (16-USS-000669)

Any and all funds in Account Number CY67002001950000357018889582, in the name of Jakuss Andris at Bank of Cyprus, Cyprus (16-USS-000670)

Any and all funds in Account Number CY05002001950000357003552670, in the name of Narrowserve Assets Ltd at Bank of Cyprus, Cyprus (16-USS-000671)

Any and all funds in Account Number CY40002001950000357003552719, in the name of Narrowserve Assets Ltd at Bank of Cyprus, Cyprus (16-USS-000672)

Any and all funds in Account Number CY17002003850000004031710806, in the

name of Onirama Investments Ltd at Bank of Cyprus, Cyprus (16-USS-000673)

Any and all funds in Account Number CY98002001950000357019220279, in the name of Ringo Enterprises Limited at Bank of Cyprus, Cyprus (16-USS-000674)

Any and all funds in Account Number 357019220287, in the name of Ringo Enterprises Limited at Bank of Cyprus, Cyprus (16-USS-000675)

Any and all funds in Account Number CY94002001950000357005246143, in the name of Sorila Commercial Ltd at Bank of Cyprus, Cyprus (16-USS-000676)

Any and all funds in Account Number CY19002001950000357005246135, in the name of Sorila Commercial Ltd at Bank of Cyprus, Cyprus (16-USS-000677)

Any and all funds in Account Number CY41002001950000357003666870, in the name of Sorila Commercial Ltd at Bank of Cyprus, Cyprus (16-USS-000678)

Any and all funds in Account Number 0385-40-115928-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000679)

Any and all funds in Account Number 0385-40-187697-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000680)

Any and all funds in Account Number 0385-40-197285-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000681)

Electronic equipment seized from the Defendant by the Israeli government pn or about July 21, 2015 (16-USS-000682):

An OTP device in a police envelope

Transcend CompactFlash 32GB

Envelope containing two SIM cards

Seven SIM cards

Seized item of electronic equipment (Seizure No. 1152227, Item No. 77606159)

A white cardboard package that says 9342 (Seizure No. 1152227, Item No. 77606157)

RSA SecureID

OTP RSA SecureID

DOK

DOK Sandisk cruzer micro

DOK TDK

DOK Sandisk Titanium

DOK 2G

PHILIPS recording device

Hard Disk External WD Black + USB Cable

HTC D626ph

LG-E960 nexsus

Porsche Design Portable External Disk, Ran P. 38 and USB Cable

iPhone 6

Laptop Asus R510L Silver Gray and MSI black gray bag + charger

Black iPhone 5s

Samsung Note Black, SIM and memory card

Hard Disk Lacie orange

Macbook Pro

Laptop Asus Eee

Macbook Air Silver

1,867,582 NIS deposited in a forfeiture fund representing $299,900 in United States currency and 767,000 NIS seized from the Defendants residence; (16-USS-000683)

Any and all assets of BigTree Solutions Inc. and BigTree Solutions LLC, including but not limited to any assets or interests purportedly transferred from BigTree Solutions to DeliverLogic, Inc. (16-USS-000684)

Any and all assets of Nener Finance Corp (16-USS-000685)

Any and all funds in Account Number 0385-40-216697-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000686)

Any and all funds in Account Number 0385-40-216700-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000687)

Any and all funds in Account Number 0385-40-218290-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000688)

Any and all funds in Account Number 0385-40-218304-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000689)

Any and all funds in Account Number 0385-40-218886-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000690)

Any and all funds in Account Number 0385-40-223510-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000691)

Any and all funds in Account Number 0385-40-233737-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000692)

Any and all funds in Account Number 0385-40-249706-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000693)

Any and all funds in Account Number 0385-40-250534-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000694)

Any and all funds in Account Number 0385-40-250542-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000695)

Any and all funds in Account Number 0385-42-113003-06, in the name of Telisium Ltd C/O Oxford Pocket at Bank of Cyprus, Cyprus (16-USS-000696)

Any and all funds in Account Number 015501209020, in the name of Valentina Popova at Bank of Cyprus, Cyprus (16-USS-000697)

Any and all funds in Account Number 015540898100, in the name of Valentina Popova at Bank of Cyprus, Cyprus (16-USS-000698)

Any and all funds in Account Number GE13BS0000000074236163, in the name of Ideal Seeker Limited at Basis Bank, Georgia (16-USS-000699)

Any and all funds in Account Number GE57BS0000000074236147, in the name of Innovative Garden Limited at Basis Bank, Georgia (16-USS-000700)

Any and all funds in Account Number GE65CR0000000019953612, in the name of Affare Limited at Cartu Bank, Georgia (16-USS-000701)

Any and all funds in Account Number GE44CR0000000019953602, in the name of Affare Limited at Cartu Bank, Georgia (16-USS-000702)

Any and all funds in Account Number GE10CR0000001957474506, in the name of Affare Limited at Cartu Bank, Georgia (16-USS-000703)

Any and all funds in Account Number GE95CR0000005021394516, in the name of

Affare Limited at Cartu Bank, Georgia (16-USS-000704)

Any and all funds in Account Number GE79CR0000000014403602, in the name of Ideal Seeker Limited at Cartu Bank, Georgia (16-USS-000705)

Any and all funds in Account Number GE37CR0000002220224516, in the name of Ideal Seeker Limited at Cartu Bank, Georgia (16-USS-000706)

Any and all funds in Account Number GE89CR0000000014203602, in the name of Innovative Garden Limited at Cartu Bank, Georgia (16-USS-000707)

Any and all funds in Account Number GE45CR0000005021424516, in the name of Milos Menkovic at Cartu Bank, Georgia (16-USS-000708)

Any and all funds in Account Number GE54CR0000005020274516, in the name of Realzone Trading Limited at Cartu Bank, Georgia (16-USS-000709)

Any and all funds in Account Number GE55CR0000000018763602, in the name of Realzone Trading Limited at Cartu Bank, Georgia (16-USS-000710)

Any and all funds in Account Number GE76CR0000000018763612, in the name of Realzone Trading Limited at Cartu Bank, Georgia (16-USS-000711)

Any and all funds in Account Number GE93CR0000000019943602, in the name of Ringo Enterprises Limited at Cartu Bank, Georgia (16-USS-000712)

Any and all funds in Account Number GE17CR0000000019943612, in the name of Ringo Enterprises Limited at Cartu Bank, Georgia (16-USS-000713)

Any and all funds in Account Number GE59CR0000001957464506, in the name of Ringo Enterprises Limited at Cartu Bank, Georgia (16-USS-000714)

Any and all funds in Account Number GE62CR0000000016133612, in the name of Ringo Enterprises Limited at Cartu Bank, Georgia (16-USS-000715)

Any and all funds in Account Number GE04CR0000007006864516, in the name of Ringo Enterprises Limited at Cartu Bank, Georgia (16-USS-000716)

Any and all funds in Account Number GE41CR0000000016133602, in the name of Ringo Enterprises Limited at Cartu Bank, Georgia (16-USS-000718)

Any and all funds in Account Number GE05CR0000005020284516, in the name of Supertool Investments Limited at Cartu Bank, Georgia (16-USS-000719)

Any and all funds in Account Number GE12CR0000000000803662, in the name of Supertool Investments Limited at Cartu Bank, Georgia (16-USS-000720)

Any and all funds in Account Number GE14CR0000000000763662, in the name of Supertool Investments Limited at Cartu Bank, Georgia (16-USS-000721)

Any and all funds in Account Number GE73CR0000000019373602, in the name of Supertool Investments Limited at Cartu Bank, Georgia (16-USS-000722)

Any and all funds in Account Number GE94CR0000000019373612, in the name of Supertool Investments Limited at Cartu Bank, Georgia (16-USS-000723)

Any and all funds in Account Number 240-07-457124-01, in the name of Entersa Limited at Hellenic Bank, Cyprus (16-USS-000724)

Any and all funds in Account Number 240-01-439881-01, in the name of Erpefa Trading Limited at Hellenic Bank, Cyprus (16-USS-000725)

Any and all funds in Account Number 240-07-439881-01, in the name of Erpefa Trading Limited at Hellenic Bank, Cyprus (16-USS-000726)

Any and all funds in Account Number 240-01-402849-01, in the name of Ilforno Management Limited at Hellenic Bank, Cyprus (16-USS-000727)

Any and all funds in Account Number 240-01-394182-01, in the name of Plantena Investments Limited at Hellenic Bank, Cyprus (16-USS-000728)

Any and all funds in Account Number 240-07-394182-01, in the name of Plantena Investments Limited at Hellenic Bank, Cyprus (16-USS-000729)

Any and all funds in Account Number 140-01-584400-01, in the name of Sunserve Equities Ltd at Hellenic Bank, Cyprus (16-USS-000730)

Any and all funds in Account Number 140-07-584400-01, in the name of Sunserve Equities Ltd at Hellenic Bank, Cyprus (16-USS-000731)

Any and all funds in Account Number 240-07-398091-05, in the name of Telisium Limited at Hellenic Bank, Cyprus (16-USS-000732)

Any and all funds in Account Number 240-07-398091-06, in the name of Telisium Limited at Hellenic Bank, Cyprus (16-USS-000733)

Any and all funds in Account Number 240-07-555002-01, in the name of Warmkal Trading Limited at Hellenic Bank, Cyprus (16-USS-000734)

Any and all funds in Account Number LV43LAPB0000026063413, in the name of Filipko Konstyantyn at Pasta Bank, Latvia (16-USS-000735)

Account Number LV16LAPB0000026063414, in the name of Filipko Konstyantyn at Pasta Bank, Latvia (16-USS-000736)

Any and all funds in Account Number LV35LAPB0000066058985, in the name of Katar Enterprises Inc. at Pasta Bank, Latvia (16-USS-000737)

Any and all funds in Account Number LV53LAPB0000076052668, in the name of Katar Enterprises Inc. at Pasta Bank, Latvia (16-USS-000738)

Any and all funds in Account Number 310.051.0010, in the name of Allvitone Systems LP at Schroder & Co Bank AG, Switzerland (16-USS-000739)

Any and all funds in Account Number 310.051.0002, in the name of Allvitone Systems LP at Schroder & Co Bank AG, Switzerland (16-USS-000740)

Any and all funds in Account Number 310.083.0002, in the name of Terlinura Alliance LP at Schroder & Co Bank AG, Switzerland (16-USS-000741)

Any and all funds in Account Number 310.083.0010, in the name of Terlinura Alliance LP at Schroder & Co Bank AG, Switzerland (16-USS-000742)

Any and all funds in Account Number GE60CR0000000936273611 in the name of Gery Shalelashvili at JSC Cartu Bank (16-USS-000745)

Any and all funds in Account Number GE57CR0000005021184516 in the name of Gery Shalelashvili at JSC Cartu Bank (16-USS-000746)

Any and all funds in Account Number GE16CR0000000019963612 in the name of Option Ground Ltd at JSC Cartu Bank (16-USS-000747)

Any and all funds in Account Number GE46CR0000005021404516 in the name of Option Ground Ltd at JSC Cartu Bank (16-USS-000748)

Any and all funds in Account Number GE25CR0000007017114516 in the name of Option Ground Ltd at JSC Cartu Bank (16-USS-000749)

Any and all funds in Account Number GE84CR0000000016663612 in the name of Aliner Ltd at JSC Cartu Bank (16-USS-000750)

Any and all funds in Account Number GE82CR0000002220294516, in the name of Aliner Ltd at JSC Cartu Bank (16-USS-000751)

Any and all funds in Account Number GE78CR0000000077893612 in the name of Direct Finance Ltd., at JSC Cartu (16-USS-000752)

Any and all funds in Account Number GE24CR0000000019383602 in the name of Direct Finance Ltd., at JSC Cartu (16-USS-000753)

Any and all funds in Account Number GE50CR0000000435413612 in the name of BET Services N.V., at JSC Cartu Bank (16-USS-000754)

Any and all funds in Account Number GE85CR0000002220234516, in the name of BET Services N.V., at JSC Cartu Bank (16-USS-000755)

Any and all funds in Account Number GE69CR0000000015993612 in the name of

Kontur LP, at JSC Cartu Bank; (16-USS-000756)

Any and all funds in Account Number GE41CR0000000015583612 in the name of Artset Company Corp, at JSC Cartu Bank (16-USS-000757)

Any and all funds in Account Number GE84CR0000002220254516, in the name of Artset Company Corp, at JSC Cartu Bank (16-USS-000758)

Any and all funds in Account Number GE07CR0000000011963602 in the name of Themo Business Ltd., at JSC Cartu Bank (16-USS-000759)

Any and all funds in Account Number GE56CR0000000011953602 in the name of Dyna International Holding Ltd, at JSC Cartu Bank (16-USS-000760)

Any and all funds in Account Number GE98TB7773045164400001 in the name of Gery Shalelashvili, at JSC TBC Bank (16-USS-000761)

Any and all funds in Account Number GE45TB7007730366100014 in the name of Gery Shalelashvili, at JSC TBC Bank (16-USS-000762)

Any and all funds in Account Number GE27TB7272645061700001, in the name of Robert Shalelashvili, at JSC TBC Bank (16-USS-000763)

Any and all funds in Account Number GE89VT6600000008623602, in the name of Aliner Ltd, at JSC VTB Bank (16-USS-000764)

Any and all funds in Account Number GE41VT6600000008613602, in the name of Kontur LP, at JSC VTB Bank (16-USS-000765)

Black box containing Mont Blank pen seized on July 21, 2015 by
the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel (16-USS-000768)

Black purse containing three (3) chains seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel (16-USS-000769)

Pink box containing fifteen (15) earrings, bracelet, four (4) rings, and Escada button seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel; (16-USS-000770)

Red box containing gold chain and bracelet seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel; (16-USS-000771)

Red box containing gold chain seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel; (16-USS-000772)

Blue box containing a Frank watch seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel (16-USS-000773)

Two red boxes each containing pearl bracelet seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel (16-USS-000774)

Red box containing a pearl necklace seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel (16-USS-000775)

Red box containing a pearl necklace with pendant seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel; (16-USS-000776)

Red box containing a chain and two (2) earrings seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel (16-USS-000777)

Magnolia white box containing two (2) earrings, bracelet, ring, pendant, three (3) chains seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel (16-USS-000778)

Red box containing large gold chain flower seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel (16-USS-000779)

Petek watch seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel; (16-USS-000780)

Chopard wristwatch seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel; (16-USS-000781)

Red box containing a gold chain and three (3) bracelets seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel; (16-USS-000782)

White MONTBLANC pen seized on July 21, 2015 by the Israel National Police Cyber Unit, Lahav 433 from the residence of Gery Shalon in Israel (16-USS-000783)

202.45 in Bitcoin that were seized by the Federal Bureau of Investigation from a digital wallet with the public address ending in y2Bx, on or about September 26, 2016; (16-USS-000784)

Any and all funds in Account Number GE45CR0000000019383612 in the name of

Direct Finance Ltd., at JSC Cartu (16-USS-000785)

$74,745,279.29 formerly on deposit in deposit at Schroder & Co Bank AG, Switzerland  Account Number 310341, Sub-Account #310341-1 in the Name of Nener Finance Corp (19-USS-000857)

$459,415.79 formerly on deposit at Ipay International SA,
Luxembourg in Account Number LU28 8067 1718 5147 4636,
in the name of Leramo Consulting Limited (20-USS-000229)

      The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (April 19, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and a copy served upon Assistant United States Attorney Eun Young Choi, One St. Andrew's Plaza, New York, NY  10007.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

      Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

      The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Eun Young Choi, One St. Andrew's Plaza, New York, NY  10007.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 19, 2021 and May 18, 2021.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. GERY SHALON

**Court Case No:** S1 15 CR. 333 (LTS)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/19/2021 | 23.9 | Verified |
| 2 | 04/20/2021 | 23.9 | Verified |
| 3 | 04/21/2021 | 23.9 | Verified |
| 4 | 04/22/2021 | 23.9 | Verified |
| 5 | 04/23/2021 | 23.9 | Verified |
| 6 | 04/24/2021 | 23.9 | Verified |
| 7 | 04/25/2021 | 23.9 | Verified |
| 8 | 04/26/2021 | 23.9 | Verified |
| 9 | 04/27/2021 | 23.9 | Verified |
| 10 | 04/28/2021 | 23.9 | Verified |
| 11 | 04/29/2021 | 23.9 | Verified |
| 12 | 04/30/2021 | 23.8 | Verified |
| 13 | 05/01/2021 | 24.0 | Verified |
| 14 | 05/02/2021 | 23.9 | Verified |
| 15 | 05/03/2021 | 24.0 | Verified |
| 16 | 05/04/2021 | 23.9 | Verified |
| 17 | 05/05/2021 | 23.9 | Verified |
| 18 | 05/06/2021 | 23.9 | Verified |
| 19 | 05/07/2021 | 23.9 | Verified |
| 20 | 05/08/2021 | 23.9 | Verified |
| 21 | 05/09/2021 | 23.9 | Verified |
| 22 | 05/10/2021 | 23.9 | Verified |
| 23 | 05/11/2021 | 23.9 | Verified |
| 24 | 05/12/2021 | 23.9 | Verified |
| 25 | 05/13/2021 | 23.9 | Verified |
| 26 | 05/14/2021 | 23.9 | Verified |
| 27 | 05/15/2021 | 23.9 | Verified |
| 28 | 05/16/2021 | 23.9 | Verified |
| 29 | 05/17/2021 | 23.9 | Verified |
| 30 | 05/18/2021 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.