

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2021

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:   *United States v. of Gery Shalon,* S1 15 Cr. 333 (LTS)

Dear Judge Swain:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Gery Shalon in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture (Docket Entry 177) and Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 178) and no third-party claims to the Specific Property have been filed within the statutory period. Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Department of Treasury can dispose of the Specific Property according to law.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney
      Southern District of New York

By: _____
      Noah D. Solowiejczyk
      Assistant United States Attorney
      Tel. (212) 637-2473

*Enclosure*