

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2021

**By ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0426

    Re: **United States v. Gery Shalon,**
      S1 15 Cr. 333 (LTS)

Dear Chief Judge Swain:

  The Government respectfully encloses a proposed stipulation for the Court's consideration relating to the forfeiture proceedings in the above-referenced matter. This stipulation relates to extending the time for one party with a purported interest in certain of the property subject to forfeiture to file a claim.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

            /s Noah Solowiejczyk
     By: _____
            Noah Solowiejczyk
            Assistant United States Attorney
            Southern District of New York
            (212) 637-21473

cc: James McGuire, Esq. (by Email)