

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 23, 2023

**VIA ECF**

Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Gery Shalon**
            15 Cr. 333 (LTS)

Dear Chief Judge Swain:

      The Government respectfully moves, pursuant to Rule 36 of the Federal Rules of Criminal Procedure, that the Court enter the proposed Amended Final Order of Forfeiture as to Certain Assets attached hereto, to correct slight clerical errors. Specifically, as set forth in the supporting Declaration also attached hereto, several of the assets listed in the original Final Order of Forfeiture contained minor typographical errors in the account numbers.

      Accordingly, the Government respectfully requests that the Court enter the attached Amended Final Order of Forfeiture as to Certain Assets to correct the errors so that the United States Department of Treasury can dispose of the Specific Property, as corrected, according to law.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:     _____
      Sarah Lai
      Assistant United States Attorney
      Tel. No.: (212) 637-1944