UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

        Plaintiff,

-v-                                                 No.  15-cr-333-LTS

GERY SHALON, et al.,

        Defendant.

-------------------------------------------------------x

## Order

The Court is in receipt of the letter request from Bloomberg News that is attached hereto as Exhibit A.  The Government and defense counsel are hereby directed to meet and confer and to file a joint response, no later than **July 29, 2024**.

SO ORDERED.
Dated: New York, New York
      July 19, 2024

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge