UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

GERY SHALON,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>FINAL ORDER OF FORFEITURE</u>

S1 15 Cr. 333 (LTS)

        WHEREAS, on or about September 18, 2024, the Court entered an Amended Preliminary Order of Forfeiture as to Certain Specific Assets (the "Amended Order") (D.E. 313) with respect to GERY SHALON (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in the following:

    a. Any and all funds in Account Number GE04CR0000007006864516, in the name of Savinion Export LP at Cartu Bank, Georgia;

    b. Any and all funds in Account Number GE62CR0000000016133612, in the name of Savinion Export LP at Cartu Bank, Georgia; and

    c. Any and all funds in Account Number GE41CR0000000016133602, in the name of Savinion Export LP at Cartu Bank, Georgia.

(a. through c., collectively, the "Amended Accounts");

        WHEREAS, on or about September 18, 2024, the Court entered a Second Preliminary Order of Forfeiture as to Specific Property (the "Second Preliminary Order") (D.E. 314) with respect to GERY SHALON (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in the following:

    a. Any and all funds in Account Number GE70CR0000005008314516, in the name of Savinion Export LP at Cartu Bank, Georgia (the "Additional Account", together with the Amended Accounts, the "Specific Property");

WHEREAS, the Preliminary Orders of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the Government to dispose of the Amended Accounts was posted on an official government internet site (www.forfeiture.gov) beginning on December 4, 2024 for thirty (30) consecutive days, through January 2, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on October 22, 2025 (D.E. 322);

WHEREAS, the Notice of Forfeiture and the intent of the Government to dispose of the Additional Account was posted on an official government internet site (www.forfeiture.gov) beginning on February 6, 2025 for thirty (30) consecutive days, through March 7, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and

Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on October 22, 2025 (D.E. 321);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only individual and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Department of Treasury (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
October 24, 2025

SO ORDERED:

/s/ Laura Taylor Swain
_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE